UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| In re: | * | |
|---|---|---|
| | * | |
| **SOLOMON TEKLU**, | * | **Case No. 10-17814-BFK** |
| | * | **Chapter 7** |
| Debtor. | * | |

## AMENDED* NOTICE OF HEARING ON TRUSTEE'S MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS OR INTERESTS

Donald F. King, Trustee (the "Trustee"), by counsel, has filed with the Court a motion for the sale of personal property free and clear of liens, claims and interests. *This Amended Notice is being filed solely to change the date of the hearing from March 25, 2014 to April 10, 2014 at 9:30 a.m. (see below) as an accommodation to an interested party.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then you or your attorney must do the following checked items:

☒ **On or before SEVEN (7) DAYS BEFORE THE SCHEDULED HEARING DATE STATED BELOW**, file with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below. The address for the court is as follows:

---
JAMES W. REYNOLDS, ESQUIRE, VSB NO. 33226
Counsel for Donald F. King, Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Direct: 703-218-2134
Fax:    703-218-2160
E-Mail: jim.reynolds@ofplaw.com

Clerk of the Court
U.S. Bankruptcy Court
200 South Washington Street
Alexandria, Virginia 22314

☒ A copy of any written response must be mailed to the following persons:

James W. Reynolds, Esquire
Counsel for Donald F. King, Trustee
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190

Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314

You must also:

☒ Attend the hearing scheduled to be held on **April 10, 2014, at 9:30 o'clock a.m.** in at the United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DONALD F. KING, TRUSTEE
By Counsel

/s/ James W. Reynolds
**JAMES W. REYNOLDS, ESQUIRE**
**VSB No. 33226**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Direct: 703-218-2134**
**Fax:    703-218-2160**
**Email:  Jim.Reynolds@ofplaw.com**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and accurate copy of the foregoing Amended Notice was sent by U.S. mail, first class postage prepaid, on the _____ day of February, 2014, to the parties identified on the attached service list (service list attached only to the original of this Notice filed with the Court), and via Notice of Electronic Filing pursuant to applicable Standing Order to Counsel to the Debtor and to the Office of the U. S. Trustee.

                                                              /s/ James W. Reynolds
                                                              James W. Reynolds

#2322336v1 rcdpl - Amended Notice of Motion to sell 31070/02272

SOLOMON TEKLU
9239 STEPHANIE STREET
MANASSAS, VA 20111

KEVIN M. O'DONNELL, ESQUIRE
HENRY & O'DONNELL, P.C.
300 N. WASHINGTON STREET, SUITE 204
ALEXANDRIA, VA 22314

OFFICE OF THE U.S. TRUSTEE
115 SOUTH UNION STREET
ALEXANDRIA, VA 22314

COMMONWEALTH OF VIRGINIA
DEPT. OF TAXATION
P.O. BOX 2156
RICHMOND, VA 23218

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

CAPITAL RECOVERY IV LLC
C/O RECOVERY MANAGEMENT SYS.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

ASSETV ACCEPTANCE LLC
PO BOX 69
WARREN MI 48090-0000

ASSOCIATED RECOVERY SYSTEMS
PO BOX 469046
ESCONDIDO CA 92046-0000

AT&T MOBILE
EOS CCA
700 LONGWATER DR
NORWELL MA 02061-1624

ATLANTIC CREDIT & FINANCE
C/O GLASSER & GLASSER
PO BOX 3400
NORFOLK VA 23514-0000

ATLANTIC CREDIT & FINANCE INC
PO BOX 11887
ROANOKE VA 24022-1887

BROWN'S NOVA MOTORS LLC
C/O RICHARD ADAMS REG AGENT
1925 ISSAC NEWTON SQ # 250
RESTON VA 20190-0000

CBCS
PO BOX 69
COLUMBUS OH 43216-0000

CHASE BANK USA NA
BANKRUPTCY UNIT
PO BOX 15298
WILMINGTON DE 19850-0000

CHASE MANHATTEN MTGE
3415 VISION DR
COLUMBUS OH 43219-0000

CHASE MORTGAGE
PO BOX 78035
PHOENIX AZ 85062-0000

CHASE MORTGAGE
3415 VISION DR
COLUMBUS OH 43219-0000

CLIENT SERVICES INC
PO BOX 1503
SAINT PETERS MO 63376-0027

MIDLAND FUNDING LLC
C/O RECOSER, LLC, AUTH. AGENT
25 SE 2ND AVE., STE 1120
MIAMI, FL 33131-1605

COX COMMUNICATION
CREDIT CONTROL CORP
118210 ROCK LANDING DR
NEWPORT NEWS VA 23606-0000

FAIRFAX CO DEPT OF TAX ADMIN
12000 GOVERNMENT CENTER PKWY
SUITE 223
FAIRFAX VA 22035-0000

GC SERV LIMITED PARTNERSHIP
COLLECTION DIVISION
PO BOX 865 (141)
HOUSTON TX 77001-0000

GLASSER & GLASSER
PO BOX 3400
NORFOLK VA 23514-0000

HSBC CARD SERVICES INC
PO BOX 5253
CAROL STREAM IL 60197-0000

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114-0326

JP MORGAN
PO BOX 32096
LOUISVILLE KY 40232-2096

LTD FINANCIAL SERVICES LP
7322 SOUTH WEST FREEWAY
SUITE 1600
HOUSTON TX 77074-0000

MACY'S DEPARTMENT STORE
PO BOX 8218
MASON OH 45040-0000

WILLIAM E. SCHUILING
C/O MICHAEL HOLLERAN, ESQ.
WALTON & ADAMS PC
1925 ISAAC NEWTON SQ #250
RESTON VA 20190-0000

MIDLAND CREDIT MANAGEMENT INC
MCM DEPT 12421
PO BOX 603
OAKS PA 19456-0000

| | | |
|---|---|---|
| NASA FCU<br>500 PRINCE GEORGE'S BLVD<br>UPPER MARLBORO MD 20774-0000 | NCO FINANCIAL SYSTEMS INC<br>507 PRUDENTIAL RD<br>HORSHAM PA 19044-0000 | NISSAN MOTOR ACCEPTANCE CORP<br>BANKRUPTCY DEPARTMENT<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| NISSAN NORTH AMERICA INC<br>MID-ATLANTIC REGION<br>196 VAN BUREN ST SUITE 400<br>HERNDON VA 20170-0000 | SANDRA HANSON<br>270 KENT STREET<br>URBANNA VA 23175-0000 | STS AMHERST LLC<br>C/O RICHARD VS ADAMS III<br>1925 ISAAC NEWTON SQ #250<br>RESTON VA 20190-0000 |
| TESFA MICHAEL PETRUS<br>9239 STEPHANIE ST<br>MANASSAS VA 20111-0000 | WILLIAM E SCHULLING<br>C/O BROWN'S NOVA MOTORS<br>11000 MAIN STREET<br>FAIRFAX VA 22030-0000 | ADVANTAGE ASSETS II, INC.<br>7322 SOUTHWEST FREEWAY<br>SUITE 1600<br>HOUSTON, TX 77074 |
| CAPITAL RECOVERY IV LLC<br>MIDLAND FUNDING/RECOSER, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS<br>ATTN; RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 | ASSET ACCEPTANCE LLC<br>P.O. BOX 2036<br>WARREN, MI 48090 | NASA FEDERAL CREDIT UNION<br>P.O. BOX 1588<br>BOWIE, MD 20717 |
| NASA FEERAL CREDIT UNION<br>P.O. BOX 1588<br>BOWIE, MD 20717 | STS AMHERST, LLC<br>C/O RAYNER V. SNEAD, JR.,<br>REGISTERED AGENT<br>828 MAIN ST., 19TH FLOOR<br>LYNCHBURG, VA 24504 | PAUL ABRAMOWITZ<br>LIQUIDITY CAPITAL GROUP<br>16659 Ashley Oaks 16659 Ashley Oaks<br>Suite 2201<br>Encino, California 91436 |
| ATLANTIC CREDIT & FINANCE, INC.<br>C/O Gentry Locke Rakes & Moore, LLP<br>Registered Agent<br>PO Box 40013<br>Roanoke, VA 24022 | JEROME FINK, MANAGER<br>PARTNERSHIP LIQUIDITY INVESTORS<br>416 – 9TH STREET<br>HUNTINGTON BEACH, CA 92648 | MIDLAND FUNDING LLC<br>C/O CORPORATION SERVICE CO.<br>REGISTERED AGENT<br>1111 EAST MAIN STREET<br>RICHMOND, VA 23219 |

**#1308201v1  MATRIX  2/22/11  #10-17814-SSM  31070/02272**